UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-71 |
| | ) | (JARVIS/GUYTON) |
| DANIEL ALFORD, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on August 18, 2005, for an initial appearance and arraignment on an indictment. Assistant United States Attorney Tracee Plowell was present for the government and James W. Bell, appeared as CJA counsel for the defendant

The defendant is currently serving a term of imprisonment on state charges and was brought before this Court on a writ. The defendant and his attorney executed a Waiver of Detention Hearing in open court reserving the defendant's right to request a hearing at a later date should his circumstances change.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for

private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

                                                                              <u>s/ H. Bruce Guyton</u>
                                                                              United States Magistrate Judge