UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:05-CR-71 |
| | ) | (JARVIS/GUYTON) |
| DANIEL ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion for Continuance [Doc. 14] of his motion deadline, which motion was filed on September 6, 2005. The defendant requests that the motion-filing deadline be extended from September 8, 2005, to September 13, 2005, because he did not receive discovery from the government until five days after the discovery deadline. He notes that the government does not oppose an extension of the motion-filing deadline. Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the Motion to Continue [**Doc. 14**] the motion deadline and extends the deadline for filing motions to **September 13, 2005**. The Court also extends the response deadline to **September 27, 2005**. All other dates and deadlines in this case, including the October 21, 2005 pretrial conference, will remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge