UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| DANIEL ALFORD, | ) |
| *Petitioner*, | ) |
| v. | ) No. 3:10-cv-252; 3:05-cr-71(1) |
| | ) *Judge Jordan* |
| UNITED STATES OF AMERICA, | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, petitioner's motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255, (Doc. 86), is **DENIED** and this case is **DISMISSED**. For reasons stated in the opinion, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED,** given his failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT