UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| DANIEL ALFORD, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos. 3:05-CR-71-RLJ-HBG-1 |
| | ) | 3:16-CV-608-RLJ |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's § 2255 motion [Doc. 106] is **DISMISSED WITHOUT PREJUDICE** pursuant to his notice of voluntary dismissal [Doc. 111]. The Clerk's Office is **DIRECTED** to terminate the civil case associated therewith [E.D. Tenn. Case No. 3:16-CV-608-RLJ]. The United States' motion to deny and dismiss with prejudice [Doc. 109] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT